# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

**v.**

## Senior Airman NICHOLAS G. ELWELL
### United States Air Force

## ACM S32285

## 4 August 2015

Sentence adjudged 7 November 2014 by SPCM convened at Joint Base Langley-Eustis, Virginia. Military Judge: Jeremy S. Weber (sitting alone).

Approved Sentence: Bad-conduct discharge, confinement for 30 days, and reduction to E-2.

Appellate Counsel for the Appellant: Lieutenant Colonel Joy L. Primoli.

Appellate Counsel for the United States: Colonel Katherine E. Oler.

Before

ALLRED, TELLER, and DUBRISKE
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred. Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000). Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

STEVEN LUCAS
Clerk of the Court